UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| OLESEN, LARRY RANDALL | ) | CASE NO.  07 B 11061 |
| | ) | |
| DEBTOR. | ) | JUDGE MANUEL BARBOSA |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** Joseph R. Voiland
Registrant's e-mail: **jrvoiland@sbcglobal.net**

**Please Take Notice** that on July 17, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: July 17, 2008       BY:    /s/ Roman L. Sukley
                                  Roman L. Sukley, Attorney
                                  OFFICE OF THE U.S. TRUSTEE
                                  219 SOUTH DEARBORN, ROOM 873
                                  CHICAGO, ILLINOIS  60604
                                  (312) 886-3324

**CERTIFICATE OF SERVICE**

I, Roman L. Sukley, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on July 17, 2008.

/s/ Roman L. Sukley