**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:<br>OLESEN, LARRY RANDALL | )<br>)<br>)<br>)<br>)<br>) | CHAPTER 7 CASE<br><br>CASE NO. 07-11061 RG<br><br>JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

        At:    U.S. BANKRUPTCY COURT
               Kane County Courthouse
               100 S. 3rd Street, Room 140
               Geneva, IL 60134

        on:    **August 14, 2008**
        at:    **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

        a. Receipts                                                                    $          6,506.49

        b. Disbursements                                                        $                 0.00

        c. Net Cash Available for Distribution                       $          6,506.49

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation<br>Previously Paid | Fees Now<br>Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $ | $    1,400.65 | $ |

| JOSEPH R. VOILAND Trustee | $ | $ | $ 929.90 |
|---|---|---|---|

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $108,649.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 3.84%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3A | Illinois Department of Revenue | $ 108,649.00 | $ 4,175.94 |

6. Claims of general unsecured creditors totaling $59,570.02, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account - $1,500.00; Household Goods - $2,000.00; Misc. Artware, Books & CDs - $1,000.00; Wearing Apparel - $250.00; Digital Camera & Sports Equipment – $250.00; Life Insurance (Farmers Variable Universal) - $1,948.96; Life Insurance (Farmers Universal Life) - $0.00; Life Insurance (Farmers Premium Whole Life) –

      $659.14; Annuity (Carpenter's Retirement Saving Fund ) - $$7,050.72; Roth IRA
Account - $10,803.00; Stock (100% of Olesen Construction, Inc.) $0.00;
2002 Chevrolet Tahoe - $10,670.00; 2004 Hummer H-2 - $30,000.00

      The Trustee seeks abandonment of said assets because they are subject to Debtor's
valid claim of exemption and/or a duly perfected lien and are of inconsequential
value to the estate.

Dated:  **July 18, 2008**                         For the Court,


                                                                                           By:  **KENNETH S. GARDNER**
                                                                                             Kenneth S. Gardner
                                                                                             Clerk of the United States Bankruptcy Court
                                                                                             219 S. Dearborn Street, 7th Floor
                                                                                             Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

07-11061  Doc 44  Filed 07/18/08  Entered 07/21/08 00:00:20  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Jul 18, 2008
Case: 07-11061                 Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Jul 20, 2008.
db          +Larry Randall Olesen,    4N590 Pathfinder Drive,    Elburn, IL 60119-9591
aty         +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 1210,
              Chicago, IL 60603-4936
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11434700     American Express Bank FSB,    PO Box 3001,    Malvern, PA 19355-0701
11700826     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11721939     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11465217     American Express Travel Related SVcs Co Inc,    c/o Becket & Lee LLP,    PO Box 3001,
              Malvern, PA 19355-0701
11712970     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
11434701    +Capital One Bank,    11013 W Broad St,    Glen Allen, VA 23060-5937
11434702     Chicago Reg. Council of Carpenters,    12 East Erie Street,    Chicago, IL 60611-2796
11659754    +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
              One North LaSalle Street,    Suite 1600,    Chicago, IL 60602-3935
11434703     Delnor Community Hospital,    PO Box 739,    Moline, IL 61266-0739
11434705    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
11434706    +First Consumers National Bank,    101 Crossway Park West,    Woodbury, NY 11797-2020
11434707    +First Equity Card,    PO Box 84075,    Columbus, GA 31908-4075
11449521    +Ford Motor Credit Company LLC,    P.O. Box 537901,    Livonia, MI 48153-7901
11434708    +Ford Motor Credit Corporation,    Po Box 542000,    Omaha, NE 68154-8000
11434709    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11434710     Harris Bank,    Bankruptcy Department,    150 West Wilson,    Palatine, IL 60067
11434712    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
              PO Box 21126,    Philadelphia, PA 19114)
11434711    +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
              Chicago, IL 60601-3218
11434713    +Ray Sanguinetti, Esq.,    111 East Wacker Drive,    Suite 2600,    Chicago, IL 60601-4208
11434714     Shell Fleet Plus,    PO Box 186019,    Columbus, OH 43218
11434715    +Valley Emergency Care,    P.O. Box 9030,    Wheeling, IL 60090-9030
11734863    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
              SAN ANTONIO TX 78251-4201
             (address filed with court: World Savings,    PO Box 659558,    San Antonio, TX 78265,
              Attn: Bankruptcy Department)
11434716    +World Savings & Loan,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4201

The following entities were served by electronic transmission on Jul 19, 2008.
11434704      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 19 2008 08:18:16      Discover Financial,
               Pob 15316,    Wilmington, DE 19850
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2008**  **Signature:** _/s/ Joseph Speetjens_